UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

CASE NO. 14-06358-AOV

UNITED STATES OF AMERICA,

vs.

OBNES DIEUJUSTE,

Defendant.

_____/

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses

without prejudice the complaint against the above named defendants.

Respectfully submitted,

WIFREDO A FERRER
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Brent Tantillo, AUSA)
       Daryl Wilcox, AFPD
       U.S. Marshal
       Chief Probation Officer
       Pre-Trial Services
       Special Agent Jon Eades

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 11/4/2014

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE